**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**T.W. KING,**

        *Plaintiff,*

*v.*

    CAUSE NO. 3:25-CV-535-CWR-ASH

**UNIVERSITY OF MISSISSIPPI
MEDICAL CENTER, et al.,**

        *Defendants.*

**ORDER**

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on December 17, 2025. Docket No. 15. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court.

**SO ORDERED**, this the 26th day of March, 2026.

        s/ Carlton W. Reeves
        UNITED STATES DISTRICT JUDGE